Adam L. Dean, WSBA 30950
adam@deanlawpc.com
Dean Law Group, P.C.
111 SW Columbia St, Ste 1010
Portland, Oregon 97201
Telephone: 503-546-3178
Facsimile: 503-719-8986

Attorney for Osama Sidaros

----------

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>vs.<br><br>$53,422.43 IN UNITED STATES FUNDS, more or less, and all proceeds therefrom, representing funds contained in Wells Fargo Bank Account Number *****3523,<br><br>and<br><br>$8,000.00 IN UNITED STATES FUNDS, more or less, and all proceeds therefrom, representing funds contained in Wells Fargo Bank Account Number *****4971,<br><br>Defendant. | Case no. 3:12-cv-05853-RBL<br><br>UNOPPOSED ORDER TO STAY OF CIVIL FORFEITURE<br><br>12-CV-05853-ORD |

FILED / LODGED / RECEIVED
DEC 10 2012
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY _____ DEPUTY

Based upon the unopposed motion filed by Claimant Osama Sidaros, the court pursuant to 18 U.S.C. §981(g)(2) hereby stays this civil forfeiture proceeding with respect to the moving

Claimant Osama Sidaros' Unopposed Order for Stay of Civil Forfeiture
Page | 1

Dean Law Group, P.C.
111 SW Columbia St. Suite 1010
Portland, Oregon 97204
Ph: 503-546-3178
Fax: 503-719-8986

1  claimant, pending resolution of the related criminal investigation.

2  DATED this __10th__ of December, 2012.

3

4

5  _____
   UNITED STATES DISTRICT COURT JUDGE

Claimant Osama Sidaros' Unopposed Order for Stay of Civil Forfeiture
Page | 2

Dean Law Group, P.C.
111 SW Columbia St. Suite 1010
Portland, Oregon 97204
Ph: 503-546-3178
Fax: 503-719-8986