1  Adam L. Dean, WSBA 30950
2  adam@deanlawpc.com
   Dean Law Group, P.C.
3  111 SW Columbia St, Ste 1010
4  Portland, Oregon 97201
   Telephone: 503-546-3178
5  Facsimile: 503-719-8986

6  Attorney for Osama Sidaros

7  ----------

   UNITED STATES DISTRICT COURT
8  WESTERN DISTRICT OF WASHINGTON
   AT TACOMA
9

10 UNITED STATES OF AMERICA,

11            Plaintiff,                    Case no. 3:12-cv-05853-RBL

12     vs.

13 $53,422.43 IN UNITED STATES              UNOPPOSED ORDER TO STAY OF CIVIL
   FUNDS, more or less, and                 FORFEITURE
14 all proceeds therefrom, representing
15 funds contained in Wells Fargo Bank
   Account Number *****3523,

16
   and
17
   $8,000.00 IN UNITED STATES
18 FUNDS, more or less, and all proceeds
   therefrom, representing funds contained   12-CV-05853-ORD
19 in Wells Fargo Bank Account Number
20 *****4971,

21            Defendant.

22

23     Based upon the unopposed motion filed by Claimant Osama Sidaros, the court pursuant to

24 18 U.S.C. §981(g)(2) hereby stays this civil forfeiture proceeding with respect to the moving

Claimant Osama Sidaros' Unopposed Order for Stay of Civil Forfeiture   Dean Law Group, P.C.
Page | 1                                                                111 SW Columbia St. Suite 1010
                                                                        Portland, Oregon 97204
                                                                        Ph: 503-546-3178
                                                                        Fax: 503-719-8986

FILED _____ LODGED
_____ RECEIVED

DEC 10 2012

CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT TACOMA
BY                                   DEPUTY

1  claimant, pending resolution of the related criminal investigation.

2

3       DATED this __10th__ of December, 2012.

4

5                                              _____
                                              UNITED STATES DISTRICT COURT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

Claimant Osama Sidaros' Unopposed Order for Stay of Civil Forfeiture
Page | 2

Dean Law Group, P.C.
111 SW Columbia St. Suite 1010
Portland, Oregon 97204
Ph: 503-546-3178
Fax: 503-719-8986